UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CLEMENT ALLARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-11-B-W-01 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. 08-320-B-W |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended

Decision filed October 20, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's 28 U.S.C. § 2255 Motion

be and hereby is DISMISSED (Docket # 1).

It is further ORDERED that no certificate of appealability should issue in the

event the Petitioner files a notice of appeal because there is no substantial showing of the

denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2008